```
Cris C. Vaughan, Esq., SBN  99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:  916-660-9401
Facsimile:  916-660-9378

Attorney for Auto Linksac, Inc., Individually and dba Truck
Time of Sacramento

Scott N. Johnson, Esq., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC
5150 Fair Oaks Boulevard, Suite 101
PMB #253
Carmichael, CA  95608
Telephone:  916-485-3516
Facsimile:  916-481-4224

Attorney for Plaintiff Scott N. Johnson
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, <br><br> Plaintiff, <br><br> vs. <br> Auto Linksac, Inc., Individually and dba Truck Time of Sacramento, et al., <br><br> Defendants. | Case No. **2:10-cv-03493-WBS-DAD** <br><br> STIPULATION RE: EXTENSION OF TIME UNTIL APRIL 30, 2011 FOR DEFENDANTS TO RESPOND TO COMPLAINT AND [~~PROPOSED~~] ORDER |

Pursuant to Local Rule 144, Plaintiff Scott N. Johnson and Defendant, Auto Linksac, Inc., Individually and dba Truck Time of Sacramento, by and through their respective attorneys of record, Scott N. Johnson and Cris C. Vaughan, stipulate as follows:

STIPULATION RE: EXTENSION OF TIME - 1

1. No extension of time has been previously obtained.
2. This Defendant is granted an extension until April 30, 2011 to respond or otherwise plead to Plaintiff's complaint.
3. This Defendant's response will be due no later than April 30, 2011.

IT IS SO STIPULATED effective as of March 28, 2011.

Dated:  March 28, 2011         /s/ Cris C. Vaughan
                               Cris C. Vaughan,
                               Attorney for Defendants,
                               Auto Linksac, Inc.,
                               Individually and dba
                               Truck Time of Sacramento

Dated:  April 4, 2011          /s/ Scott N. Johnson
                               Scott N. Johnson
                               Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

**Dated:  April 5, 2011**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE