SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>    vs.<br><br>Auto Linksac, Inc., et al<br><br>        Defendants | Case No. **2:10-cv-03493-WBS-DAD**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF LORETTA P. TURNER**<br><br>Case to Remain Open against Remaining Defendants |

It appearing from the application of plaintiff that Defendant Loretta P. Turner is deceased, IT IS HEREBY ORDERED THAT this action is dismissed pursuant to FRCP 41(a)(2) as against said defendant only.  This case shall remain open as against the remaining Defendants.

Date:  May 10, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-10-cv-03493-WBS-DAD - 1